In the Matter of the Petition of
WILLAMETTE PASS SKI CORP.,
*Petitioner,*

*v.*

The filings of the
NATIONAL COUNCIL ON
COMPENSATION INSURANCE
and SAIF Corporation,
*Respondents.*

(88-09-29; CA A67377)

820 P2d 846

David O. Wilson, Employer Defense Counsel, Eugene, argued the cause and filed the brief for petitioner.

Thomas E. Ewing, Assistant Attorney General, Salem, argued the cause for respondent SAIF Corporation. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Peter A. Ozanne, Portland, waived appearance for respondent National Council on Compensation Insurance.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *Kilham Stationery v. National Council on Comp. Ins.,* 109 Or App 545, 820 P2d 842 (1991).